UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MICHAEL RANGER,
        Petitioner

v.                              CIVIL ACTION:  04-30240-MAP


UNITED STATES OF AMERICA
        Respondent


## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

JUDGMENT entered for the respondent pursuant to the Memorandum and Order of the Court entered on this date denying the petitioner's motion to vacate sentence and dismissing the petition.


                                        SARAH A. THORNTON,
                                        CLERK OF COURT

Dated: August 25, 2005               By   /s/ Mary Finn
                                        Deputy Clerk

(Judgment Civil.wpd - 11/98)                                      [jgm.]