IN THE UNITED STATES
OF MASSACHUSETTS

MICHAEL RANGER,
                    Petitioner,

    VS.
UNITED STATES OF AMERICA,
                    Respondent.

Civil Action No.
    3:04-cv-30240

## NOTICE OF APPEAL

Notice is hereby given that Michael Ranger, PRO SE, MOVANT in the Above NAME CASE hereby Appeal to the United States Court of Appeals for the First Circuit from AN ORDER denying his Section 2255 motion ENTERED on NOVEMBER 2004.

Michael Ranger #90760-038
Michael Ranger #90760-038
United State Penitentiary CANAAN
Post Office Box. 300
Waymart, PA. 18472

October, 24, 2005