# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30240

Michael Ranger

v.

United States of America

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/31/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 3, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/4/05 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:04-cv-30240-MAP

Ranger v. United States of America  
Assigned to: Judge Michael A Ponsor  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 12/07/2004  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

**Petitioner**

Michael Ranger

represented by Michael Ranger  
#90760-038  
Federal Correctional Institution  
P.O. Box 699  
Estill, SC 29918  
PRO SE

V.

**Respondent**

United States of America

represented by Todd E. Newhouse  
United States Attorney's Office  
1550 Main Street  
3rd Floor  
Springfield, MA 01103  
413-785-0109  
Fax: 413-785-0394  
Email: Todd.Newhouse@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence pursuant to 28:2255 by Michael Ranger filed.(Finn, Mary) (Entered: 12/07/2004) |
| 12/07/2004 | 2 | Judge Michael A Ponsor : SERVICE ORDER re 2255 Motion entered. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in thirty (30) days of date of this order (1/07/2005); cc/cl. and Petitioner.(Finn, Mary) (Entered: 12/07/2004) |
| 12/17/2004 | 3 | Govt's Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence pursuant to 28: U.S.C. 2255 filed. (Finn, Mary) |

|            |   |                                                                                                                                                                                                                                                                                                                                                                      |
|------------|---|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |   | (Entered: 12/20/2004)                                                                                                                                                                                                                                                                                                                                                |
| 01/14/2005 | 4 | Objection to the Govt's response to the 28 U.S.C. 2255 Motion. (Lindsay, Maurice) (Entered: 01/14/2005)                                                                                                                                                                                                                                                              |
| 08/25/2005 | 5 | Judge Michael A Ponsor : Electronic ORDER entered. MEMORANDUM AND ORDER entered denying motion to vacate sentence and dismissing petition.(Stuckenbruck, John) (Entered: 08/25/2005)                                                                                                                                                                                 |
| 08/25/2005 | 6 | Judge Michael A Ponsor : Electronic ORDER entered. JUDGMENT in favor of Respondent.(Stuckenbruck, John) (Entered: 08/25/2005)                                                                                                                                                                                                                                        |
| 10/31/2005 | 7 | NOTICE OF APPEAL as to 6 Judgment by Michael Ranger. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Note: FEE NOT PAID) Appeal Record due by 11/21/2005. (Lindsay, Maurice) (Entered: 10/31/2005) |
| 11/02/2005 |   | Remark: Case file sent to Boston Clerks office to be certified to the Appeals court. (Lindsay, Maurice) (Entered: 11/02/2005)                                                                                                                                                                                                                                        |