# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2688
DC No. 04-30240

MICHAEL RANGER

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**ORDER OF COURT**
**Entered: December 12, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By:_____ Date: 12/12/5

By the Court:

Richard Cushing Donovan, Clerk
MARGARET CARTER

By:_____
Chief Deputy Clerk

[cc: Michael Ranger, Todd Newhouse, AUSA, Dina Chaitowitz, AUSA]

[Certified Copies: Honorable Michael A. Ponsor, Sarah A. Thornton, Clerk, USDC of

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

2005 DEC -9  P 12: 32

FILED IN CLERKS OFFICE
COURT OF APPEALS

District Court No. 04-CV-30240

Appeal No. 05-2688

v.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Michael Rienzi*  Date: DECEMBER 5, 2005 | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

My issues on appeal are:


1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

2

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| N/A | | N/A | | Model: N/A | |
| N/A | | N/A | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: N/A | | N/A | | N/A | |
| Registration#: N/A | | N/A | | N/A | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in Mortgage payments) | $ N/A | $ N/A |
|    Homeowner's or renter's | $ N/A | $ N/A |
|    Life | $ N/A | $ N/A |
|    Health | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|    Motor Vehicle | $ N/A | $ N/A |
|    Credit card (name): N/A | $ N/A | $ N/A |
|    Department store (name): N/A | $ N/A | $ N/A |
|    Other: N/A | $ N/A | $ N/A |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☑ No            If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

5

## Commissary History

#### Purchases

  Validation Period Purchases: $20.10
      YTD Purchases: $20.10
      Last Sales Date: 11/9/2005 2:20:15 PM

#### SPO Information

    SPO's this Month: 0
   SPO $ this Quarter: $0.00

#### Spending Limit Info

  Spending Limit Override: No
   Weekly Revalidation: No
     Spending Limit: $290.00
  Expended Spending Limit: $20.10
  Remaining Spending Limit: $269.90

## Commissary Restrictions

#### Spending Limit Restrictions

    Restricted Spending Limit: $0.00
   Restricted Expended Amount: $0.00
  Restricted Remaining Spending Limit: $0.00
     Restriction Start Date: N/A
     Restriction End Date: N/A

#### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

  Comments:

CERTIFICATE OF SERVICE

    I, Petitioner/Appellant/Affiant: Michael Ranger, Pro Per In Propria Persona Proceeding Sui Juris, hereby certify that the foregoing documents was sent via: United States Mail, Postage Prepaid, on this 5, day of DECEMBER 2005, to the following:

Richard Cushing Donovan
Clerk of Court
Clerk's Office
Suite 2500
United States Court of
Appeal For The First Circuit
United States Courthouse
One Courthouse Way
Boston, Massachusetts
02210

AUSA: Todd E. Newhouse
U.S. Attorneys Office
United States Courthouse
1550 Main Street
Suite 310
Sringfield, Mass.,
01103

Pro Per In
Propria
Persona
Proceeding
Sui Juris

*Michael Ranger*

Michael Ranger
90760-038
USP Canaan
P.O. Box 300
Waymart, PA
18472

Signed under
18 U.S.C.
§1623 &
28 U.S.C.
§1746.

13. State the address of your legal residence.
<u>USP CANAAN   P.O. BOX 300</u>
<u>WAYMART, PA. 18472</u>
Your daytime phone number: (____) <u>N/A</u>
Your age: <u>34</u>   Your years of schooling: <u>11th</u>

6



## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 2989 |
| FRP Participation Status: | Participating |
| Arrived From: | PHL |
| Transferred To: | |
| Account Creation Date: | 1/20/2004 |
| Local Account Activation Date: | 10/19/2005 4:29:23 AM |
| Sort Codes: | |
| Last Account Update: | 11/9/2005 2:20:15 PM |
| Account Status: | Active |
| ITS Balance: | $0.10 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.12 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.12 |
| National 6 Months Deposits: | $371.29 |
| National 6 Months Withdrawals: | $390.93 |
| National 6 Months Avg Daily Balance: | $5.25 |
| Local Max. Balance - Prev. 30 Days: | $25.22 |
| Average Balance - Prev. 30 Days: | $6.70 |

NO. 05-2688
DC No. 04-CV-30240



2005 DEC -9 P 12:33
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Michael Ranger
Petitioner, Appellant

CAP

V.

United States
Respondent, Appellee

I, Michael Ranger, have notified the District Court about not having an lawyer and ask them if they could appoint one in my behave of my appeal case. A copy of his motion was send to them November, 22, 2005. To Mr. Todd E. Newhouse (AUSA) and to Judge Michael A. Ponsor. I sincerely hope that is information that I'm sending you all will help me in my appeal case.

December 05, 2005

Michael Ranger

DOCKETED