```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


MICHAEL RANGER,                    )
Petitioner                         )
                                   )
              v.                   ) CIVIL ACTION NO. 04-30240-MAP
                                   )
UNITED STATES OF AMERICA,          )
Respondent                         )
```

MEMORANDUM AND ORDER REGARDING
MOTION FOR CERTIFICATE OF APPEALABILITY
(Docket No. 13)

January 25, 2005

PONSOR, D.J.

Petitioner was sentenced on December 17, 2003 to a term of 151 months confinement following his pleas of guilty to a two-count indictment for distribution of, and possession with intent to distribute, cocaine base. Petitioner thereafter filed his motion for relief pursuant to 28 U.S.C. § 2255, and on August 25, 2005 the court ordered the petition dismissed on the ground that the Petitioner's sentencing pursuant to the "career offender" provisions of the Guidelines called for a Sentencing Guideline range of 151-188 months.

Petitioner has now filed a Motion for a Certificate of Appealability. For the reasons set forth in the court's Memorandum of August 25, 2005, this motion is hereby DENIED. As the August Memorandum indicates, there simply has not been any substantial showing of the denial of a Constitutional right. Petitioner has not raised issues which are debatable among jurists of reason in the sense that some other court could resolve the issue in a manner different than I did on August 25, 2005. Unfortunately for

petitioner, his petition simply does not raise questions which deserve encouragement to proceed further on appeal.

Accordingly, the Motion for Certificate of Appealability is hereby DENIED.  This case can now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge
