*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 05-2688

USDC Docket Number : 04-cv-30240

Michael Ranger

v.

United States of America

**CLERK'S SUPPLEMENTAL CERTIFICATE**

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered PSR are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 22, 2006.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/22/06

/s/ Barchard

Deputy Clerk, US Court of Appeals