# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-2688

USDC Docket Number : 04-cv-30240

Michael Ranger

v.

United States of America

## CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered (case file 03-cr-30030) are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 1, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/3/06

_____
Deputy Clerk, US Court of Appeals